Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE: 19-20854** |
| DAVID LEWIS KAGIE<br>ANNETTE KAGIE | **CHAPTER 13** |
| **Debtors** | **Hon. R. KIMBALL MOSIER** |

**TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION**

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

   1. The plan is not feasible in that it is presently projected to require more than 60 months to make all payments required by the plan.

   2. The Chapter 13 plan does not comply with §§ 1322(b) and 1325(a)(5) in that it does not provide for the following secured claim(s): Wells Fargo.

   **Restatement of Issues from Prior Objection(s):**

3. The Debtor(s) have listed a monthly mortgage payment on their budget. The Debtors should provide proof that they are making postpetition monthly mortgage payments consistent with the budget, or they should increase the plan payment by the amount of the mortgage payment they are not making.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: April 10, 2019

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on April 10, 2019:

JORY L. TREASE, ECF Notification

/s/ Samantha Phillips